UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL V. LOPEZ,

    Petitioner,

    v.

RALPH DIAZ,

    Respondent.

Case No. 20-cv-00572-SI

**JUDGMENT**

The petition for writ of habeas corpus is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 9, 2020

_____
SUSAN ILLSTON
United States District Judge